**742**

Robert E. SUNSHINE

v.

C. L. TYRRELL, Trustee in Bankruptcy.

No. 6735.

United States Court of Appeals
Tenth Circuit.

Aug. 10, 1961.

John W. Low, Denver, Colo., and Ben D. Sublett, Sterling, Colo., for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed pursuant to stipulation of counsel.

UNITED STATES of America

v.

UNITED STATES of America, for the Use and Benefit of The MINE AND SMELTER SUPPLY COMPANY.

No. 6832.

United States Court of Appeals
Tenth Circuit.

Sept. 28, 1961.

William T. Thurman, U. S. Atty., Salt Lake City, Utah, for appellant.

Harold R. Boyer, Salt Lake City, Utah, for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed on motion of appellant.

UNITED STATES of America

v.

John David NICKERSON.

No. 6834.

United States Court of Appeals
Tenth Circuit.

Nov. 17, 1961.

Newell A. George, U. S. Atty., Kansas City, Kan., and Benjamin E. Franklin, Asst. U. S. Atty., Topeka, Kan., for appellant.

No attorney for appellee.

Before LEWIS and BREITENSTEIN, Circuit Judges, and CHRISTENSON, District Judge.

PER CURIAM.

Reversed without written opinion, on authority of Taylor, Warden, v. Godwin, 10 Cir., 284 F.2d 116, certiorari denied 365 U.S. 850, 81 S.Ct. 814, 5 L.Ed.2d 814.

THUNDERBIRD LUMBER CORP.

v.

RYDER TRUCK RENTAL, INC.

No. 6797.

United States Court of Appeals
Tenth Circuit.

Aug. 10, 1961.

Lewis R. Sutin, Albuquerque, N. M., for appellant.

Joseph E. Roehl and Allen C. Dewey, Albuquerque, N. M., for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed on motion of appellant.